IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JERRY HAMMOND, ET AL                                                                    Plaintiffs

vs.                                            4:03-CV-845 JMM

ACTION INDUSTRIES, INC., ET AL                                                    Defendants

## ORDER OF DISMISSAL

The Court has been advised by counsel that this action has been settled with the above named defendant.

IT IS THEREFORE ORDERED that the complaint is dismissed with prejudice as to the above named defendant. The Court retains complete jurisdiction for __30__ days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. The parties may also file any stipulation or settlement agreement within the above stated time.

IT IS FURTHER ORDERED that all pending motions are dismissed with prejudice.

Dated this 29th day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE